AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Karl W. Wilson

**V.**

Onewest Bank, FSB; Quality Loan Service
Corporation

## JUDGMENT IN A CIVIL CASE

**CASE NUMBER:**   09cv1947-MMA(POR)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants Defendants' motion to dismiss and dismisses this action. The Court also grants Defendants' motion to expunge the lis pendens and hereby orders the lis pendens expunged.  The Clerk of Court is ordered to close the case file.

| December 11, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON December 11, 2009 |

09cv1947-MMA(POR)